UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Georgia Thompson,<br><br>    Plaintiff<br><br>v.<br><br>SCM Investors, LLC; A&C Properties, Inc., et al.,<br><br>    Defendants | Case No.: 2:24-cv-00905-JAD-EJY<br><br>**Remand Order**<br><br>[ECF Nos. 7, 19] |

    Georgia Thompson filed this personal-injury suit based entirely on state-law claims in Nevada state court.  Defendants SCM Investors, LLC and A&C Properties, Inc. removed this case to this federal court under 28 U.S.C. § 1332 and 1441(b) based on diversity of citizenship.  Arguing that the defendants cannot show that this case meets the amount in controversy for federal jurisdiction, plaintiff moved to remand.  Because the amount in controversy is not apparent on the face of the complaint and the defendants have not met their burden to show that this case satisfies the federal jurisdictional threshold, and for the additional reasons stated on the record during today's hearing on the motion to remand, IT IS ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 19] is GRANTED for want of subject-matter jurisdiction**; and

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 9, Case No. A-24-890974-C,** and **CLOSE THIS CASE.**

- The pending motion to dismiss **[ECF No. 7] is DENIED** without prejudice to its refiling in state court with necessary revisions to conform to state-court rules and include

applicable state-law standards.  So **this case returns to state court with no motions pending.**

- **The Clerk of Court is directed to PRINT a copy of the public docket sheet for this case and ATTACH it to the copy of this remand order mailed to the state court.**

Dated: July 15, 2024

_____
U.S. District Judge Jennifer A. Dorsey